452 A.2d 1079

Commonwealth v. Johnson, Appellant.

Petition for Allowance of Appeal Denied March 29, 1983.

Submitted June 27, 1978. Ronald W. Morrison, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., MONTGOMERY and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.